UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO: 16-MJ-767-01, 02, 03 |
| | : | |
| SULTAN SAAD N ALORINI, | : | VIOLATION: |
| SHVAB ANDRIY, and | : | 18 U.S.C. § 1201(a)(1) |
| ELDAR REZVANOV, | : | (Kidnapping) |
| | : | |
| Defendants. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 8, 2016, through November 9, 2016, within the District of Columbia and elsewhere, **SULTAN SAAD N ALORINI, SHVAB ANDRIY,** and **ELDAR REZVANOV**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold for ransom, and, in committing or in furtherance of the commission of the offense, did willfully transport and travel in interstate commerce from the District of Columbia to the State of Maryland.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

A TRUE BILL:

FOREPERSON.

_[signature]_
Attorney of the United States in
and for the District of Columbia.

1