UNITED STATES OF AMERICA

VS.

SULTAN SAAD N. ALORINI, et al.

Civil/Criminal No. _____16-202 (RC)_____

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 - 2 | Blow-up photographs (received from 3rd party) provided by witness 1 to FBI of victim being restrained with knife at his throat, showing injuries to victim's face | 11/21/16 | 11/23/16 | | |
| 3 - 6 | Photos taken by FBI of victim's injuries after he was found at the residence | 11/21/16 | 11/23/16 | | |
| 7 - 14 | Photos taken at Shvab's and Alorini's apartment where victim was found | 11/21/16 | 11/23/16 | | |
| 15 | Application and affidavit for search and seizure warrant, filed in the Circuit District Court for Prince George's County, MD, for the residence where the victim was recovered | 11/21/16 | 11/23/16 | Special Agent Michael Brown | |
| 16 | 302 document | 11/22/16 | 11/23/16 | | |

UNITED STATES OF AMERICA

vs.

SULTAN SAAD N. ALORINI, et al.

Civil/Criminal No. ___16-202 (RC)___

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| D1E1 | Statement of Facts prepared by Special Agent Brown | 11/21/16 | 11/23/16 | Special Agent Michael David Brown | |
| D1E2 | Copy of a document indicating dft. Alorini's immigration status as a lawful permanent resident as of 11/10/16 | 11/22/16 | 11/22/16 | | |
| D1E3 | Time sheet for defendant Alorini from his employer | 11/23/16 | 11/23/16 | | |
| D1E4 | Screen shot photo of defendant Alorini leaving his office at 6:49 PM on 11/7/16 | 11/23/16 | 11/23/16 | | |
| D1E5 | Screen shot photo of video footage of dft. Alorini leaving his employment at 6:21:55 PM on 11/8/16 | 11/23/16 | 11/23/16 | | |
| D1E6 | Screen shot photo of video footage of dft. Alorini leaving his place of employment at 6:22:24 PM on 11/9/16 | 11/23/16 | 11/23/16 | | |
| D2E1 | Two Spider Kelly's receipts | 11/22/16 | 11/23/16 | Special Agent Michael Brown | |
| D2E3 | Copy of defendant Shvab's naturalization certificate | 11/22/16 | 11/22/16 | | |

UNITED STATES OF AMERICA
vs.
SULTAN SAAD N. ALORINI, et al.

Civil/Criminal No. 16-202 (RC)

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| D3E1 | 11/19/16 "Brady" letter from defense attorney Robert Feitel to Government attorney Steven Wasserman | 11/23/16 | 11/23/16 | | |