UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-202-01, 02, 03 (RC) |
| v. | : | |
| SULTAN SAAD ALORINI,<br>ANDRIY SHVAB,<br>ELDAR REZVANOZ, | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss the Indictment against the defendants in the above-captioned matter, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED and the Indictment in the above-captioned case is dismissed without prejudice against the defendants.

_12/14/2016_
DATE

_____
RUDOLPH CONTRERAS
District Judge, United States District Court
For the District of Columbia

1