UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-202-02 (RC) |
| | : | |
| v. | : | |
| | : | |
| ANDRIY SHVAB, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT SHVAB'S MOTION FOR IMMEDIATE RETURN OF PROPERTY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to defendant's Shvab's motion for immediate return of property (ECF #44) and requests that the motion be denied as moot. In support of this request, the government relies upon the following points and authorities:

1. On January 6, 2017, counsel for defendant, Andriy Shvab, filed a motion seeking return of the defendant's cellular telephone. Specifically, the defendant asserted that the "FBI has refused to return Mr. Shvab's cell phone on grounds that it is allegedly needed for 'analysis.'" ECF #44 at 2. Upon receiving the defendant's motion, the government confirmed with the lead FBI case agent that the defendant's phone was no longer needed as evidence and could be returned. On January 6, 2017, undersigned counsel sent an email message to defense counsel David Benowitz advising that there was no objection from the government to returning the cellular telephone and provided contact information for the lead case agent in order for Mr. Benowitz to arrange to obtain the phone. The email also requested that Mr. Benowitz withdraw the motion for return of property as moot. Undersigned counsel did not receive a response from Mr.

1

Benowitz, and on January 9, 2017, contacted his office by telephone and left a message for Mr. Benowitz.  On January 11, 2017, after receiving no response from Mr. Benowitz, undersigned sent another email to Mr. Benowitz inquiring as to whether the motion would be withdrawn in light of the government's agreement to return the defendant's phone.  To date, undersigned counsel has received no response from defense counsel.  Undersigned counsel spoke to the lead FBI case agent on January 18, 2017, and was told that he has not been contacted by any representative of the defendant to obtain return of the telephone.  Accordingly, the government moves that the Court deny the defendant's motion for return of property as moot.

       Respectfully submitted,

       Channing D. Phillips
       United States Attorney
       D.C. Bar Number 415793

       _____/s/_____
       Steven Wasserman
       Steve.wasserman@usdoj.gov
       D.C. Bar No. 453251
       Assistant United States Attorney
       Violent Crimes and Narcotics Trafficking Section
       555 4th Street N.W, 4th Floor
       Washington, D.C. 20530
       (202) 252-7719 (Wasserman)
       Steve.Wasserman@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading was served via the electronic case filing system upon counsel for the defendant, this 18th day of January, 2017.

       _____/s/_____
       STEVEN B. WASSERMAN
       ASSISTANT UNITED STATES ATTORNEY